UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                                      CASE NO. 22-10422-HCM
JITENDRA KUMAR SHRIVASTAVA

**DEBTOR**                                                     **CHAPTER 13**

**TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO
THE COURT**

      COMES NOW, Deborah B. Langehennig, the Chapter 13 Trustee in this case, and reports the following:

      1. Debtor filed for relief under Chapter 13 on July 4, 2022. The Court confirmed the Debtor's plan on September 20, 2022.

      2. The Trustee has a balance on hand in this case in the amount of $22,552.18 which is owed to the Debtor as a refund. The Trustee has mailed these funds to the Debtor but the check(s) was (were) not negotiated.

      3. The Trustee, therefore, believes the unclaimed funds owing the Debtor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

      4. The Trustee's check for $22,552.18, payable to the Clerk of the Court, is attached to this notice.

      FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all know names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Debtor** | **Amount of Disbursment Check** |
|---|---|
| Jitendra Kumar Shrivastava<br>20008 Wirrall Rd.<br>Pflugerville, TX 78660 | $22,552.18 |

Respectfully submitted,

/s/ Deborah B. Langehennig
_____

Deborah B. Langehennig
P.O. Box 91419
Austin, TX 78709

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:                                             CASE NO. 22-10422-HCM
JITENDRA KUMAR SHRIVASTAVA

**DEBTOR**                                            **CHAPTER 13**

## CERTIFICATE OF SERVICE

I, Deborah B. Langehennig, certify that a true and correct copy of the Chapter 13 Trustee's Notice to Pay Unclaimed Funds to the Court has been mailed by US Mail (unless otherwise noted below) to the Debtor, to the Debtor's Attorney of Record, and the parties entitled to or requesting service on December 30, 2022.

JITENDRA KUMAR SHRIVASTAVA
20008 WIRRALL RD.
PFLUGERVILLE, TX 78660
(ELECTRONIC SERVICE VIA EMAIL BASED ON WRITTEN CONSENT)

ALLMAND LAW FIRM PLLC
860 AIRPORT FWY, STE 401
HURST, TX 76054-3264
(SERVED ELECTRONICALLY)

U.S. TRUSTEE
903 SAN JACINTO, SUITE 230
AUSTIN, TX 78701
(SERVED ELECTRONICALLY)

Respectfully submitted,

/s/ Deborah B. Langehennig

Deborah B. Langehennig
P.O. Box 91419
Austin, TX 78709