**The relief described hereinbelow is SO ORDERED.**

**Signed February 03, 2023.**

```
                                    _____
                                    H. CHRISTOPHER MOTT
                                    UNITED STATES BANKRUPTCY JUDGE
```

___

**UNITED STATES BANKRUPTCY COURT**
**Western District of Texas**
**Austin Division**

IN RE: **Jitendra Kumar Shrivastava**, Debtor(s)          Case No.: 22–10422–hcm

### ORDER AUTHORIZING PAYMENT
### OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

| | |
|---|---|
| NAME: | Anisha Blodgett |
| ADDRESS: | Assignee to Jitendra Shrivastava |
| | 2045 India Street |
| | San Diego, CA 92101 |

Claimant, for payment of a dividend from unclaimed funds in the amount of $22552.18. It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

that said funds now on deposit in the United States Treasure, and that notice of the Application was given to the United States Attorney

It is **ORDERED** that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

*Verification of Funds dated:02/02/2023 by Finance Dept.*

###